BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL RICHLEE HINDMAN,<br><br>　　　　　　Defendant. | No. 3:20-cr-00039-TMB-DMS<br><br>COUNT 1:<br>ASSAULT<br>　Vio. of 18 U.S.C. § 111(a)(1) and (b) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about June 6, 2020, within the District of Alaska, the defendant, MICHAEL RICHLEE HINDMAN, intentionally, willfully, and forcibly assaulted, resisted, opposed, impeded, and interfered with J.B., a person assisting an officer or employee of the United

States while in engaged in the performance of official duties, and in so doing inflicted bodily injury upon J.B.

All of which is in violation of 18 U.S.C. § 111(a)(1) and (b).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:     June 24, 2020

Page 2 of 2

Case 3:20-cr-00039-TMB-DMS   Document 2   Filed 06/25/20   Page 2 of 2